| | |
|---|---|
| NOEL M. COOK CBN 122777<br>OWEN, WICKERSHAM & ERICKSON, P.C.<br>455 Market Street, Suite 1910<br>San Francisco, California 94105<br>Telephone: 415.882.3200<br>Facsimile: 415.882.3232<br>Email: ncook@owe.com<br><br>Attorney for Defendant<br>FRONT ROW EDUCATION, INC. | Morgan E. Smith (SBN 293503)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>morgan.smith@finnegan.com<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>B. Brett Heavner (pro hac vice)<br>Sydney N. English (pro hac vice)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>b.brett.heavner@finnegan.com<br>sydney.english@finnegan.com<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Attorneys for Plaintiff<br>FRONTROW CALYPSO, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FRONTROW CALYPSO, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>FRONT ROW EDUCATION, INC.,<br><br>            Defendant. | Case No. 4:17-cv-05827-SBA<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

      In light of the parties' ongoing settlement efforts, which are near completion, Plaintiff FrontRow Calypso, LLC ("FrontRow") and Defendant Front Row Education, Inc. ("FRE") respectfully request to amend the case schedule as detailed below.

      The Court granted the parties' stipulation to amend the case schedule on April 27, 2018. (Dkt. 22.) FRE's current deadline to answer or otherwise respond to the Complaint is May 29, 2018. The parties have now signed a settlement agreement, with only a few steps remaining to be done. Therefore, in the interest of preserving judicial resources, and to allow the parties to focus

their efforts on finishing the settlement process, FrontRow and FRE respectfully propose to extend FRE's deadline to respond to the Complaint by 30 days, subject to the Court's approval:

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| FRE's deadline to answer or otherwise respond to the Complaint | May 29, 2018 | June 29, 2018 |

The current case schedule has been previously modified by stipulation and Court order at Dkts. 20, 22 and 24. This case is still in its early stages. Discovery deadlines, motion deadlines, and trial have not yet been set. The requested time modification would thus not impact these deadlines.

By signature below, counsel for Defendant attests that counsel for Plaintiff concurs in the filing of this paper.

Dated: May 29, 2018   OWEN, WICKERSHAM & ERICKSON, P.C.

By: /s/ Noel M. Cook
 Noel M. Cook
 Attorney for Defendant
 FRONT ROW EDUCATION, INC.

Dated: May 29, 2018   FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: /s/ Morgan E. Smith
 Morgan E. Smith
 Attorney for Plaintiff
 FRONTROW CALYPSO, LLC

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/30/18

*Saundra B Armstrong*
The Hon. Saundra B. Armstrong
United States District Judge
Northern District of California